**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6016**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

      v.

JANISON VEAL, a/k/a Jason,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:02-cr-00043-JPB-JES-1)

_____

Submitted: March 26, 2013        Decided:  March 29, 2013

_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janison Veal, Appellant Pro Se.  Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janison Veal appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Veal, No. 3:02-cr-00043-JPB-JES-1 (N.D.W. Va. Dec. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED